**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TIMOTHY N. FANTANO,
    *Plaintiff,*

    v.

UNITED PARCEL SERVICE, INC.,
    *Defendant.*

Case No. 25-cv-1906-ABA

**MEMORANDUM OPINION AND ORDER**

Plaintiff Timothy N. Fantano filed his complaint on June 12, 2025. ECF No. 1. On September 9, 2025, Plaintiff filed a Motion for the Issuance of Summons and for Extension of the time to Effectuate Service. ECF No. 3. On September 11, 2026, the Court granted Plaintiff's motion, directed the Clerk's office to issue summons, and extended the deadline for service until December 10, 2025. ECF No. 4. Summons were issued the same day. ECF No. 5. As no proof of service had been filed by December 10, 2025, on January 16, 2026, this Court ordered Plaintiff to show good cause for why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and Local Rules 103.8.a. ECF No. 6. The deadline for Plaintiff to respond to the show cause order was January 30, 2026. Plaintiff was warned that failure to respond to the show cause order could result in the complaint being dismissed without prejudice. *Id.* As of the date of this Order, Plaintiff has failed to provide proof of service upon Defendant or respond to the show cause order.

## ORDER

For the reasons stated above, the complaint is DISMISSED without prejudice.

The Clerk of Court shall mark the case as CLOSED.

Date:  May 4, 2026

_____/s/_____
Adam B. Abelson
United States District Judge